**SEABOCK PRICE APC**
Dennis Price SBN 279082
Amanda Seabock SBN 289900
Christopher A. Seabock SBN 279640
117 E. Colorado Blvd., Ste. 600
Pasadena, California 91105
Phone: 323-616-0490
amanda@seabockprice.com

Attorneys for Plaintiff

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH SBN 202733
GRACE E. MEHTA SBN 327676
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916-564-5400
Facsimile: 916-564-5444
Grace.Mehta@lewisbrisbois.com

Attorneys for Defendants
Grill Concepts, Inc. and GCI-CC, Inc.

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shonna Counter,**<br><br>         Plaintiff,<br><br>    v.<br><br>**Grill Concepts, Inc.,** a California Corporation;<br>**GCI-CC, Inc.,** a California Corporation;<br>And Does 1-10<br><br>         Defendant(s). | Case Number: 2:24-cv-03965-SPG-AJR<br><br>**Joint Stipulation for Dismissal with Prejudice**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>with prejudice</u> as to all parties; each party to bear his/its own attorneys' fees and costs. This case may be dismissed without a Court Order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: May 7, 2025                           **SEABOCK PRICE APC**

<u>/s/ Amanda Seabock</u>

Amanda Seabock
Attorney for Plaintiff

Date: May 7, 2025                           **LEWIS BRISBOIS BISGAARD & SMITH LLP**

<u>/s/Grace E. Mehta</u>

Grace E. Mehta
 Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(A)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized the filing.

Date: May 7, 2025

**SEABOCK PRICE APC**

/s/ Amanda Seabock

Amanda Seabock
Attorney for Plaintiff